*J. A. Thornton* and *J. B. Belford,* for appellees.

———————•———————

THE I. P. AND C. R. COMPANY *v.* BOWERS.

APPEAL from the Randolph Circuit Court.

PETTIT, C. J.—Rule eighteenth of this court is as follows: "The assignment of errors shall contain the full names of the parties; and process, when necessary, shall issue accordingly." In the assignment of errors in this case, the names of the parties set out are, "The I. P. & C. R. Company, appellant, *v.* John Bowers, appellee." This is not a compliance with the rule above cited, and for that reason must be dismissed. *Brookover* v. *Forst,* 31 Ind. 255; and *The State, ex rel. Childrs,* v. *Delano* (*ante,* p. 52), decided at this term, and authorities there cited.

The appeal is dismissed, at the costs of the appellant.

*J. A. Harrison,* for appellant.

*T. M. Browne,* for appellee.